1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10                **EASTERN DIVISION**
11

12   LARRY JAMES MARTIN,                 )     No. ED CV 10-569-JVS (PLA)
                                         )
13                       Petitioner,     )     **ORDER ADOPTING MAGISTRATE**
                                         )     **JUDGE'S REPORT AND**
14              v.                       )     **RECOMMENDATION**
                                         )
15                                       )
                                         )
16   SILVIA H. GARCIA, Warden,           )
                                         )
17                       Respondent.     )
     _____)
18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

20   magistrate judge's report and recommendation filed herein and petitioner's objections.  The Court

21   agrees with the recommendations of the magistrate judge.

22          ACCORDINGLY, IT IS ORDERED:

23          1.       The report and recommendation is adopted.

24          2.       Judgment shall be entered consistent with this order.

25
26
27
28

3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  October 6, 2010

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE