UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| LARRY JAMES MARTIN, | ) | No. ED CV 10-569-JVS (PLA) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| v. | ) ) | |
| SILVIA H. GARCIA, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 6, 2010

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE